NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY POUND,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D16-3509
                                        )
THE HILTON AT LAKE CARILLON             )
and MANDY CATAFFO,                      )
                                        )
          Appellees.                    )
_____ )

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Gregory Pound, pro se.

Lara J. Edelstein and Hinda Klein of
Conroy Simberg, Hollywood, for Appellees.


PER CURIAM.


          Affirmed.


MORRIS, LUCAS, and SALARIO, JJ., Concur.